**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2379**

---

RICKY W. CAMPBELL,

Plaintiff - Appellant,

versus

FEDERAL EXPRESS CORPORATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Sr., District Judge. (CA-93-586-2, CA-94-606-2, CA-95-880-1)

---

Submitted: January 23, 1997          Decided: January 29, 1997

---

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ricky W. Campbell, Appellant Pro Se. Martin K. LaPointe, Terrill Elise Pierce, ADLER, KAPLAN & BEGY, Chicago, Illinois, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his consolidated civil actions for failure to comply with the rules of the court. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Campbell v. Federal Express Corp., Nos. CA-93-586-2; CA-94-606-2; CA-95-880-1 (M.D.N.C. Sept. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2